SCARBROUGH, administrator, etc., *v.* COOK.

HEAD, Justice. James F. Cook filed a petition against J. A. Scarbrough, as administrator de bonis non with the will annexed, of the estate of F. M. Scarbrough, deceased. In substance, the petition alleged that the defendant is advertising for sale certain described lands, pursuant to an order from the court of ordinary, and that the property as described includes 7.2 acres of the plaintiff's land. The prayers of the petition were for temporary and permanent injunction to restrain the sale, and "for such other and further relief as to the court may seem necessary." The defendant filed a general demurrer to the petition, which was overruled, and the exception is to that judgment. *Held:*

1. The allegations of the petition show that the provisions of the Code, §§ 113-1801, 113-1802, afford the plaintiff a full, complete, and adequate remedy at law by the filing of a claim in the court of ordinary. *Hall* v. *Findley*, 188 *Ga.* 487 (4 S. E. 2d, 211). See also Code, §§ 37-120, 55-101; *Douglas* v. *Jenkins*, 146 *Ga.* 341 (91 S. E. 49); *James* v. *Upton*, 160 *Ga.* 819 (129 S. E. 100); *City of Winder* v. *Winder National Bank*, 162 *Ga.* 354 (133 S. E. 920); *Arrington* v. *Spear*, 181 *Ga.* 419 (182 S. E. 521); *Dunahoo* v. *Dunahoo*, 181 *Ga.* 494 (182 S. E. 848); *Kirk* v. *Bray*, 181 *Ga.* 814 (184 S. E. 733); *Williford* v. *Haverty Furniture Co.*, 183 *Ga.* 707 (189 S. E. 521); *Matson* v. *Crowe*, 193 *Ga.* 578 (2) (19 S. E. 2d, 288).

2. No equitable relief is sought other than the extraordinary relief of injunction, and there is no prayer for any legal relief. All the relief sought in the present action (which involves no more than a dispute as to the location of a land line) can be obtained in the manner provided by law. The court erred in overruling the general demurrer to the petition.

*Judgment reversed. All the Justices concur.*

No. 17736. Submitted January 17, 1952—Decided February 13, 1952.

*Brackett & Brackett, R. B. Pullen,* for plaintiffs in error.
*John H. Hudson, J. Walter LeCraw,* contra.